UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ELVIS FLORES CARBAJAL,** | Civil Action No. 25-17762 (SDW) |
| Petitioner, | |
| v. | **ORDER** |
| **CORY CHU, et al.,** | |
| Respondents. | |

This Court having granted Petitioner Elvis Flores Carbajal's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1) on November 20, 2025 (ECF No. 2), and Respondents having submitted a letter indicating that Petitioner was released from custody on December 2, 2025 (ECF No. 5),

**IT IS** on this __10th__ day of __December__, 2025

**ORDERED** that the Clerk shall close this matter. The restrictions imposed on Petitioner's location during this matter are **LIFTED**.

Hon. Susan D. Wigenton,
United States District Judge